Allan J. Cory SBN: 224289
Email: cory@sonic.net
LAW OFFICE OF ALLAN J. CORY
740 4th Street,
Santa Rosa, CA 95404
Office: 707-527-8810
Fax:    707-921-7375

Attorney for Debtor(s),
Miguel Beltran-Ruelas

**UNITED STATES BANKRUPTCY COURT**
*for the*
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) CASE NO.: 15-10425 |
| MIGUEL-BELTRAN-RUELAS | ) CHAPTER 13 |
| Debtor(s). | ) NO HEARING SET |

MOTION TO DETERMINE VALUE OF CLAIM

SECURED BY LIEN ON PROPERTY AND FOR

ORDER AVOIDING LIEN

(Nationstar Mortgage, LLC and/or Veripro Solutions as agent — Second Deed of Trust)

Debtor hereby moves pursuant to FRBP Rule 3012 and 11 USC § 506 for an order determining the extent of the value of the secured claim of Nationstar Mortgage, LLC. (hereinafter "Nationstar") and for an order pursuant to 11 USC § 1322 avoiding the lien held by Nationstar (and/or Veripro Solutions as agent for Nationstar). The motion respectfully represents:

-1-

MOTION TO DETERMINE VALUE AND FOR ORDER TO AVOID LIEN

**Relief Requested**

A determination that the claim of Nationstar be disallowed as a secured claim, and for an order avoiding the Nationstar lien.

**Memorandum of Law Waiver**

Inasmuch as this Motion presents no novel issues of law and the matter is one of a nature that Movant is informed and believes is considered by this Court on a regular basis, Movants respectfully requests that the requirement of LBR 9013-1 for the filing of a memorandum of law be waived in support of this Motion or, if the Court should wish to require a memorandum of law, the leave be granted to the Movants to file an amendment to this motion.

**The Motion**

1. The debtor (Miguel Bletran-Ruelas) is the owner of a single family dwelling described as 669 S. Foothill Blvd., Cloverdale, CA (Parcel# 001-360-008). The debtor is informed and believes and upon such bases allege, that sales of comparable properties in the immediate area demonstrate and support that the fair market value of the Foothill Blvd. property is $347,000.00, and the Debtor supports such valuation by his knowledge of recent sale(s) of property in the area.

2. On or about December of 2006, for valuable consideration, the debtor made, executed, and delivered a promissory note to Diablo Funding Group, Inc. DBA Bay Bancorp ("Diablo"), to secure payment of the note that was duly perfected with the recording of a deed of trust (the First Deed of Trust). As part of the same transaction the debtor executed a deed of trust that conveyed a beneficial interest in the Foothill Blvd. property to Diablo to secure payment of the note that was duly perfected with the recording of a deed of trust (the First Deed of Trust) as document #2006157765. The debtor is informed and believes that Diablo's successor in interest and the current beneficial owner of the First Deed of Trust is Greentree Servicing, LLC

("Greentree") and that on the day the petition was filed the obligation to Greentree had a principal balance of $ 413,247.00

3. On or about December of 2006, for valuable consideration the debtor made, executed, and delivered a second promissory note to Diablo. As part of the same transaction, the debtor executed a deed of trust that conveyed a beneficial interest in the Foothill Blvd. property to Diablo to secure payment of the note that was duly perfected on December 21, 2006, with the recording of a deed of trust, document number 2006157766 (the Second Deed of Trust).

4. The debtors are informed and believe that on or about July of 2012 Diablo sold, transferred and/or assigned its secured interest in the Foothill Blvd. property to Mellon Bank (as a subsidiary of Bank of America) and that this transfer was duly perfected on July 26, 2012, with the recording of an assignment of the deed of trust, document number 201271282. The debtors are informed and believe that on or about November of 2013 Mellon Bank sold, transferred and/or assigned its secured interest in the Foothill Blvd. property to Nationstar and that this transfer was duly perfected on November 21, 2013, with the recording of an assignment of the deed of trust, document number 2013111274. The Debtor is informed and believes that Veripro Solutions is a debt collector and/or agent acting on behalf of Nationstar and that the current successor in interest to the Second Deed of Trust is Nationstar , and that Nationstar is the current beneficial owner of the Second Deed of Trust.

5. The debtors are informed and believe on the day the petition was filed the obligation to Nationstar had a principal balance of $32,000.00.

6. There is a lack of equity in the Foothill Blvd. property in that the balance

1  due to the Greentree's. First Deed of Trust exceeds the value of the Foothill Blvd. property, and
2  therefore the court should find the Nationstar claim (the Second Deed of Trust) to be unsecured
3  and its lien avoidable upon completion of the debtor's Chapter 13 Plan.

6  WHEREFORE, the debtor prays the court disallow the claim of Nationstar (and/or
7  Veripro Solutons as agent) as a secured claim, and for an order avoiding the lien upon
8  completion of his Chapter 13 Plan.

11 Dated: July 15, 2015        /s/ *Allan J. Cory*
                               Allan J. Cory
12                             Attorney for Debtor(s)