Allan J. Cory SBN: 224289
Email: cory@sonic.net
LAW OFFICE OF ALLAN J. CORY
740 4th Street,
Santa Rosa, CA 95404
Office: 707-527-8810
Fax:    707-921-7375

Attorney for Debtor(s),
Miguel Beltran-Ruelas

# UNITED STATES BANKRUPTCY COURT
*for the*
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) CASE NO.: 15-10425 |
| MIGUEL-BELTRAN-RUELAS | ) CHAPTER 13 |
| Debtor(s). | ) |

DECLARATION OF MIGUEL BELTRAN-RUELAS RE: MOTION TO DETERMINE VALUE OF CLAIM SECURED BY LIEN ON PROPERTY AND FOR ORDER AVOIDING LIEN
(Nationstar Mortgage, LLC and/or Veripro Solutions as agent — Second Deed of Trust)

I, Miguel Beltran-Ruelas declare that if called to testify I could and would testify as follows;

1.  I, , am the owner of a single family dwelling Located at 669 S. Foothill Blvd., Cloverdale, CA (Parcel# 001-360-008).

2.  I am informed and believe, based upon sales of comparable properties in the Immediate area, that the fair market value of the Foothill Blvd. property is $347,000.00.

3.  On or about December of 2006, for valuable consideration, I as debtor made, executed, and delivered a promissory note to Diablo Funding Group, Inc. DBA Bay Bancorp

—1—

DECLARATION OF MIGUEL BELTRAN-RUELAS

"Diablo"). As part of the same transaction I executed a deed of trust that conveyed a beneficial interest in the Foothill Blvd. property to Diablo to secure payment of the note that was duly perfected with the recording of a deed of trust (the First Deed of Trust) as document # 2006157765. I am informed and believe that Greentree Servicing, LLC ("Greentree"), is the successor in interest to Diablo. And pursuant to a review of a proof of claim filed in this case by Greentree , I am informed and belied that on the day my petition was filed the obligation to Greentree had a principal balance of $413,247.

    4.    On or about December of 2006, for valuable consideration I made, executed, and delivered a secondary promissory note to Diablo. As part of the same transaction, I executed a deed of trust that conveyed a beneficial interest in the Foothill Blvd. property to Diablo to secure payment of the note that was duly perfected on December 21, 2006, with the recording of a deed of trust, document number 2006157766 (the Second Deed of Trust).

    5.    I am informed and believe that the interest held by Diablo in the Second Deed of Trust has been sold/assigned/transferred to Mellon Bank (as a subsidiary of Bank of America) as evidenced by an Assignment of Deed of Trust recorded as document number 201271282 and that Mellon Bank sold/assigned/transferred its interest in the Second Deed to Nationstar Mortgage, LLC ("Nationstar") and that this transfer was duly perfected on November 21, 2013, with the recording of, document number 2013111274. I am informed and believe that beneficial interest in the Second of Trust is now held by Nationstar as a successor in interest and that Veripro Solutions is its agent or the agency assigned for collection of the debt.

    6.    I am informed and believe that on the day the petition was filed the obligation to Nationstar had a principal balance of $32,000.

1 I declare under penalty of perjury that the foregoing is true and correct and that this
2 declaration was executed by me on **July 14, 2015**, at Santa Rosa, California

                                                                    */s/ Miguel Beltran-Ruelas*
                                                                     Miguel Beltran-Ruelas

–3–

DECLARATION OF MIGUEL BELTRAN-RUELAS

Case: 15-10425    Doc# 21-1    Filed: 07/15/15    Entered: 07/15/15 10:05:53    Page 3 of 3