Allan J. Cory SBN: 224289
Email: cory@sonic.net
LAW OFFICE OF ALLAN J. CORY
740 4th Street,
Santa Rosa, CA 95404
Office: 707-527-8810
Fax: 707-921-7375

Attorney for Debtor(s),
Miguel Beltran-Ruelas

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

MIGUEL BELTRAN-RUELAS and

        Debtor(s)
_____/

Case No. 15-10425

Chapter 13

<u>[PROPOSED] ORDER VALUING LIEN OF NATIONTAR MORTGAGE, LLC</u>

On July 15, 2015, Debtor filed a motion to value the lien of Nationstar Mortgage, LLC ("Nationstar') and/or of its believed agent Veripro Solutions ("Veripro") (hereinafter Nationstar and Veripro are collectively and individually referred to as the "Lienholder") regarding the property commonly known as 669 S. Foothill Blvd., Cloverdale, CA 95425, and more fully described in Exhibit A hereto, which lien was recorded in Sonoma County on or about December 21, 2006 as document 2006157766 and thereafter the security interest transferred and/or assigned as reflected in document numbered 2012712812 on or about July 26, 2012 and thereafter the security interest transferred and/or assigned as reflected in document numbered 2013111274 on or about November 21, 2013 (hereinafter the Lien).

-1-
[PROPOSED] ORDER

On July 14, 2015, Debtor filed a Notice and Opportunity for Hearing on the above motion. The court finds that the notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows.

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Nationstar. does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. [§§ 506, 1123(b)(5) and 1141 / §§ 506, 1322 (b)(2) and 1327].

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge or completion of plan payments in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge or completes plan payments, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

***END OF ORDER***

**EXHIBIT A**

APN: 164-110-081

LEGAL DESCRIPTION

LOT 8, AS SHOWN ON THE MAP OF "CHERRY CREEK SUBDIVISION" FILED IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF SONOMA, STATE OF CALIFORNIA, ON JULY 24, 1974, IN BOOK 212 OF MAPS AT PAGES 1 AND 2, SONOMA COUNTY RECORDS.