1  JaVonne M. Phillips, Esq., SBN 187474
   Kristin A. Zilberstein, Esq., SBN 200041
2  **McCarthy & Holthus, LLP**
   1770 Fourth Avenue
3  San Diego, CA  92101
   Phone (619) 685-4800 Ext. 1961
4  Fax (619) 685-4810

5  Attorney for: Secured Creditor,
   Green Tree Servicing LLC, its assignees and/or successors
6

7

8

9

10
                    UNITED STATES BANKRUPTCY COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                           SANTA ROSA DIVISION
13

14  In re:                         ) Case No. 15-10425 J
                                   )
15  Miguel Beltran-Ruelas,         ) Chapter   13
16                                 )
            Debtor.                ) **MOTION FOR RELIEF FROM**
17                                 ) **AUTOMATIC STAY**
                                   )
18                                 ) Date:  8/27/2015
19                                 ) Time:  9:00 AM
                                   ) Place: 99 South E Street
20                                 )        Santa Rosa, CA
21                                 )
                                   )
22                                 )
                                   )
23                                 )
                                   )
24  _____    )

25      Green Tree Servicing LLC, its assignees and/or successors in interest ("Secured Creditor"

26  or "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11

27  U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving

28  party's claim) so that moving party and its Trustee may commence and continue all acts

29

necessary to foreclose under the Deed of Trust secured by the Debtor's property, commonly known as 669 South Foothill Boulevard, Cloverdale, CA 95425, ("Property" herein).

As stated in the attached Declaration, the Debtor has failed to make 3 post-petition payments (6/15 through 8/15).

Based on the foregoing, Secured Creditor alleges that it is not adequately protected. Secured Creditor is not receiving regular monthly payments, and is unfairly delayed from proceeding with the foreclosure of the subject Property. Accordingly, relief from the automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. § 362(d)(1) and (2).

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order granting relief from the automatic stay, permitting Secured Creditor to proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the subject Property at a trustee's sale under the terms of the Deed of Trust to proceed with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.
2. For an Order that the fourteen day stay described by Bankruptcy Rule 4001(a)(3) be waived.
3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as the Court deems proper.
4. For attorneys' fees and costs incurred herein.
5. For such other relief as the Court deems proper.

///
///
///
///
///
///
///
///
///

6. The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

7. Furthermore, Movant may contact the Debtor to comply with California Civil Code Section 2923.5.

Dated: August 13, 2015    McCarthy & Holthus, LLP

By: /s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq.
Attorneys for Secured Creditor
Green Tree Servicing LLC, its assignees and/or successors