```
 1  JaVonne M. Phillips, Esq. SBN 187474
    Kristin A. Zilberstein, Esq. SBN 200041
 2  **McCarthy & Holthus, LLP**
    1770 Fourth Avenue
 3  San Diego, CA  92101
    Phone (619) 685-4800 Ext. 1961
 4  Fax (619) 685-4810

 5  Attorney for: Secured Creditor,
    Green Tree Servicing LLC, its assignees and/or successors
 6
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re: | ) Case No.  15-10425 J |
| | ) |
| Miguel Beltran-Ruelas, | ) Chapter   13 |
| | ) |
| Debtor. | ) **DECLARATION IN SUPPORT OF** |
| | ) **MOTION FOR RELIEF FROM** |
| | ) **AUTOMATIC STAY** |
| | ) |
| | ) Date:    8/27/2015 |
| | ) Time:    9:00 AM |
| | ) Place:   99 South E Street |
| | )             Santa Rosa, CA |

I, **Grace Kane**, declare and state as follows:

1. I am over the age of eighteen years and not a party to this action. The facts set forth below me are known to me personally based upon the review of the business records and I have first-hand knowledge of them. If called as a witness, I could and would, testify competently, under oath to such facts.

2. I am a/an **Bankruptcy Representative** for Green Tree Servicing LLC, "Secured Creditor" herein, and am familiar with the subject Deed of Trust and loan in favor of Secured Creditor herein, and the subject Bankruptcy case.

3. I am familiar with the manner and procedure by which the records of Secured Creditor are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by employees or agents at Secured Creditor in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by persons with such knowledge. It is my business practice to maintain these records in the regular course of business.

4. Secured Creditor is the real party in interest in this pending motion as they are the current beneficiary under the terms of a Deed of Trust attached hereto.

5. The subject real property securing the Deed of Trust loan is commonly known as 669 South Foothill Boulevard, Cloverdale, CA 95425 and legally described as set forth in **Exhibit "1"**.

6. A true and correct copy of the Assignment transferring the Deed of Trust to Green Tree Servicing LLC is attached hereto as **Exhibit "2"**.

7. Furthermore, Secured Creditor is the holder and in actual physical possession of the original Promissory Note dated 12/12/2006 in the principal amount of $380,000.00 which is secured by the Deed of Trust of the same date. **See Exhibit "3"** which is a copy of the promissory note. Secured Creditor entered in to a Loan Modification Agreement dated 02/19/2010 in the principal amount of $416,832.16. See **Exhibit "4"**.

8. The Debtor filed this subject bankruptcy petition on 04/28/2015.

9. Pursuant to the terms of the Note and/or Deed of Trust, a payment received is applied to the account and credited to the next due payment. For example, a payment received in December will be applied to the November payment if no payment had been received in November.

10. Attached hereto as **Exhibit "5"** is a postpetition payment history with respect to the Loan.

11. With respect to Secured Creditor's Deed of Trust as of 08/03/2015, the following is now due:

| | |
|---|---|
| Unpaid Principal Balance: | $ 285,914.07 |
| Accrued Interest as of 08/03/2015: | $ 2,191.39 |
| Corporate Advances: | $ 126,145.53 |
| Suspense: | $ (1,285.80) |
| | |
| DELINQUENCIES: | |
| Monthly Payments: 3 at $1,420.88 (06/01/15 through 08/01/15) | $ 4,262.64 |
| Suspense: | $ (1,285.80) |
| **Total Delinquencies:** | **$ 2,976.84** |
| **Total Due to Secured Creditor:** | **$ 412,965.19** |

12. The next scheduled monthly payment of $1,420.88 is due 09/01/2015, and continuing each month thereafter. However, this amount may be subject to change pursuant to the terms of the applicable loan documents. Late charges will accrue if payment is not received by the 15th of the month.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **8-13-15** (Date) at **Rapid City** (City), **SD** (State).

M_DECLARATION_SHEET

_____
Signature

**Grace Kane**
Print Name