UNITED STATES BANKRUPTCY COURT
Northern District of California

In re:                                ) Bankruptcy No.: 15-10425 J
                                      ) Hearing Date:   8/27/2015
Miguel Beltran-Ruelas                 ) Time:           9:00 AM
                                      )
Debtor                                )
                                      )
                                      )

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 04/28/2015       Chapter: 13
    Prior hearings on this obligation: None    Last Date to File § 523/§ 727 Complaints: 08/10/2015

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): N/A
    Secured Creditor  [ ]   or Lessor  [ ]
    Fair Market Value: $ _____        Source of value: _____
    Contract Balance: $ _____         Pre Petition Default: $ _____
    Monthly Payment: $ _____                No. of Months _____
    Insurance Advance $ _____         Post Petition Default $ _____
                                                  No of Months _____

(C) Description of real property collateral: Single family residence at 669 South Foothill Boulevard, Cloverdale, CA 95425
    Fair Market Value: $347,000.00    Source of Value: Schedule A    If appraisal, date: None

   Moving Party's Position:    First trust deed

   Approx. Bal.    $285,914.07         Pre Petition Default          $27,624.00

   As of [date]    08/03/15            No. of months                 21

   Mo. payment:   $1,420.88            Post Petition Default         $4,262.64

   Notice of Default (date):  None     No. of months                 3

   Notice of Trustee's Sale:  None     Advances Senior Liens         $0.00

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| First Trust Deed: Movant | $ 412,965.19 | $ 1,420.88 | $ 4,262.64 |
| 2nd Trust Deed: Veripro Solutions | $ 32,000.00 | | |
| (Total) | $ 444,965.19 | $ 1,420.88 | $ 4,262.64 |

(D) Other pertinent information:

Dated: August 13, 2015

                                         /s/ Kristin A. Zilberstein
                                         Signature
                                         Kristin A. Zilberstein, Esq.
                                         Print or Type Name
                                         Attorney for Secured Creditor

File No. CA-15-114141