Allan J. Cory SBN: 224289
Email: cory@sonic.net
LAW OFFICE OF ALLAN J. CORY
740 4th Street,
Santa Rosa, CA 95404
Office: 707-527-8810
Fax:    707-921-7375

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
*for the*
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) CASE NO.: 15-10425 |
| MIGUEL BELTRAN-RUELAS | ) CHAPTER 13 |
| Debtor. | ) |

<u>DECLARATION OF ALLAN CORY</u>

I, Allan Cory declare that if called to testify I could and would testify as follows;

1. I am the attorney for the Debtor in the above captioned case.

2. Debtor, upon the filing of his case, informed me that the junior lien secured by his residence was a debt owed to Veripro Solutions, Inc ("Veripro") and supplied to me a debt collection letter from Veripro dated 09/17/14, a true copy of which is attached hereto as EXHIBIT A.

3. In the second full paragraph of EXHIBIT A it is stated that Veripro is a Nationstar Mortgage, LLC compnay ("Nationstar").

-1-

DECLARATION OF ALLAN CORY

4. On September 3, 2015, I conducted a search of the SEC EDGAR database online at http://www.sec.gov/edgar/searchedgar/companysearch.html and entered Veripro information for the search. I was directed to the page located at http://www.sec.gov/Archives/edgar/data/1507951/000119312515070437/d881649ds3.htm (among others) for which there appeared a Form S-3 Registration Statement by Nationstar and in which Veripro is listed as an additonal "Registrant Guarantor" (@ page #2) and includes a Power of Attorney benefitting Nationstar (@ II-22).

5. Prior to my filing the Motion to Value and request a determination that the Veripro lien was unsecured ("Motion to Value"), I conducted a search by Debtor's property address at the Sonoma County Recorder's Office. In doing that search I found no assignment of the lien beyond that to Nationstar, and no recordation of any document associated with Debtor's property filed by, or on behalf of, Veripro.

6. I served the Motion to Value (and the subsequent request for an order by default) to Nationstar by certified mail, return receipt requested, and to Veripro by first class mail.

7. I received no mail returned as undeliverable in the service attempt as stated above, and I received the return receipts requested from the service to nationstar. A true and correct copy of the certified mail receipts on mailing, and return receipts I received after mailing, are attached hereto as EXHIBIT B.

8. I served Veripro at the mailing address it listed on EXHIBIT A and I served the CEO of Nationstar at the address listed at its website as the CEO of the Company

−2−

DECLARATION OF ALLAN CORY

pursuant to its leadership statement on the Nationstar website located at

http://www.nationstarholdings.com/leadership.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed by me on **September 8, 2015**, at Santa Rosa, California

<pre>
                /s/ Allan Cory
                 Alan Cory
</pre>

—3—

DECLARATION OF ALLAN CORY