P.O. Box 3572
Coppell, TX 75019

Change Service Requested



## Veripro Solutions

PERSONAL & CONFIDENTIAL
Ruelas Miguel Beltran          79762
669 S Foothill Blvd
Cloverdale, CA  95425-3816

- Prefer not to talk to us over the phone?
- Submit an offer to us to repay on terms you can afford or make an offer for a reduced payoff online today!
- Visit our website to explore Options now: https://ultimatenegotiator.com/veripro/

09/17/2014
Re: Veripro file number: 163951

Loan number:        612815092
Original Creditor:  Bank of America, N.A.
Current Balance:    $31,830.00
Property Address:   669 SOUTH FOOTHILL BOULEVARD, CLOVERDALE, CA  95425

### FREQUENTLY ASKED QUESTIONS ABOUT MORTGAGE DEBT

Dear Ruelas Miguel Beltran

**Please take the time to review this letter. Our mission is to educate our customers and explain the debt collection process in order to fully assist in developing a solution that works for you to resolve your debt.**

**Who is Veripro Solutions?**

Veripro Solutions Inc. (formerly known as NSM Recovery Services Inc.) is a Nationstar Mortgage LLC company. Veripro is a debt collector. While your mortgage may have been originated by another company, it has since been transferred to a loan servicer or servicer(s), who have not received payment as required in the note that was executed between you and the loan originator. Due to non-payment, the loan has been transferred to our office for collections.

**Why do I owe on my 2nd mortgage if I am paying my 1st mortgage?**

Mortgage debt in most cases is a loan in order to purchase a property, or could be a loan on the equity in the property (a home equity loan). All loans have terms and require repayment. When the loan is unpaid (either the 1st or 2nd mortgage) the borrower remains personally responsible for the note balance and lien that is still active and filed in the property county recorder's office. **However, there is Good News!** Now that your loan has been transferred to Veripro Solutions we can help you resolve the debt in ways that may not have been available to you in the past. By accepting one of our options to pay off or settle your debt you gain these benefits:
- **You will not accrue any additional interest;**
- **You will avoid any further collection;**
- **Upon full payment of the settlement amount, the necessary documents will be forwarded to the trustee and /or county recorder's office to release the lien.**

750 E Highway 121, Suite 100, Lewisville, TX 75067 | P.O. Box 3244, Coppell, TX 75019 | Phone: 888-967-9700 | Fax: 877-492-6160
| Business Hours: 8AM to 8PM | www.veriprosolutions.com | *Se Habla Español*
Veripro Solutions Inc. (formerly known as NSM Recovery Services Inc.) is a Nationstar Mortgage LLC company. Veripro is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this letter is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged but is provided for informational purposes only. If you are represented by an attorney, please provide this notice to your attorney

Case: 15-10425    Doc# 34-2    Filed: 09/08/15    Entered: 09/08/15 12:20:11    Page 1 of 1
915MTGED 000954P 2 138 000926 260 106445 S-NOCRE