DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
TELEPHONE (650) 345-7801
TELEPHONE (707) 544-5500

Signed: September 10, 2015



_____
ALAN JAROSLOVSKY U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 15-1-0425AJ13 |
|---|---|
| MIGUEL BELTRAN-RUELAS<br>                    Debtor(s) | |

## ORDER CONFIRMING CHAPTER 13 PLAN

After a hearing on September 9, 2015, and it appearing that the Chapter 13 Plan in this case meets the requirements of § 1325(a) of the Bankruptcy Code,

**IT IS ORDERED** that the Plan dated May 12, 2015 is confirmed.

**PROVIDED HOWEVER,** that notwithstanding anything to the contrary in said plan:

1. Any provision of the plan purporting to discharge a debt is not approved. No debt subject to exception from discharge pursuant to § 523 of the Bankruptcy Code shall be adjudicated to be discharged or not discharged except in an adversary proceeding.

2. No lien on real property shall be removed, avoided, or extinguished, except by adversary proceeding pursuant to FRBP 7001(2) or contested matter pursuant to FRBP 3012.

3. With the sole exception of the valuation of a claim secured by personal property, a proof of claim shall supersede any plan provision purporting to limit or disallow a claim.

4. No guidelines incorporated into the plan are binding on the court.

**\*\*END OF ORDER\*\***

# COURT SERVICE LIST