B-2100A (Form 2100A)(12/15)

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: § <br> § <br> MIGUEL BELTRAN-RUELAS § <br> DEBTOR § | CASE NO. 15-10425 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Ditech Financial LLC f/k/a Green Tree Servicing LLC** | **Green Tree Servicing LLC, as authorized servicer for Fannie Mae as owner and holder of account/contract originated by DIABLO FUNDING GROUP, INC. DBA BAY BANCORP, A CALIFORNIA CORPORATION** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   **Ditech Financial LLC f/k/a Green Tree Servicing LLC**
   **P.O. Box 6154**
   **Rapid City, South Dakota 57709-6154**

Court Claim # (if known): 1-1
Amount of Claim: $413,247.68
Date Claim Filed: 06/10/2015

Phone: **888-298-7785**
Last Four Digits of Acct #: **xxxxxx3627**

Phone: 888-298-7785
Last Four Digits of Acct.#: 9409

Name and Address where transferee payments should be sent (if different from above):

   Ditech Financial LLC f/k/a Green Tree Servicing LLC
   P.O. Box 0049
   Palatine, Illinois 60055-0049

Phone: **888-298-7785**
Last Four Digits of Acct #: **xxxxxx3627**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew Kussmaul        Date: 06/29/2017
   Transferee/Transferee's Agent

   Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before June 29, 2017 via electronic notice unless otherwise stated:

**Debtor**   *Via U.S. Mail*
Miguel Beltran-Ruelas
669 S Foothill Blvd
Cloverdale, CA 95425-3816

**Debtors' Attorney**
Allan J. Cory
Law Office of Allan J. Cory
740 4th St.
Santa Rosa, CA  95404

**Chapter 13 Trustee**
David Burchard
P.O. Box 8059
Foster City, California 94404

**U.S. Trustee**
Office of the U.S. Trustee / SR
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

Respectfully Submitted,

/s/ Andrew Kussmaul
Andrew Kussmaul