# Notice Recipients

| District/Off: 0971−1 | User: lblue | Date Created: 6/30/2017 |
|---|---|---|
| Case: 15−10425 | Form ID: trc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
14069379　Diablo Funding Servicing LLC　c/o Green Tree Servicing, LLC　P.O. Box 6154　Rapid City, SD 57709−6154

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1