UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

IN RE: <u>Miguel Beltran-Ruelas</u>                                      CASE NO.: 15-10425

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>New Residential Mortgage LLC</u><br>Name of Transferee | <u>Green Tree Servicing LLC</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | Court Claim # (if known): <u>1-1</u><br>Amount of Claim: <u>$413,247.68</u><br>Date Claim Filed: <u>6/10/15</u> |
| Phone: <u>800-365-7107</u><br>Last Four Digits of Acct #: <u>8792</u> | Phone: <u>(888) 298-7785</u><br>Last Four Digits of Acct #: <u>9409</u> |

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Eric P. Enciso</u>                                      Date: <u>January 11, 2020</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

IN RE: <u>Miguel Beltran-Ruelas</u>  CASE NO.: 15-10425

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>January 13, 2020</u> I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following parties:

Miguel Beltran-Ruelas
669 S Foothill Blvd
Cloverdale, CA 95425-3816

And via electronic mail to:

Allan J. Cory
Law Office of Allan J. Cory
740 4th St.
Santa Rosa, CA 95404

David Burchard
P.O. Box 8059
Foster City, CA 94404

Office of the U.S. Trustee / SR
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

    RAS CRANE LLC
    Authorized Agent for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: <u>/s/ Jessica Norton</u>
    Email: jnorton@rascrane.com