# Notice Recipients

District/Off: 0971−1     User: krose     Date Created: 1/13/2020
Case: 15−10425     Form ID: trc     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
14588435    Ditech Financial LLC f/k/a Green Tree    Servicing LLC    P.O. Box 6154    Rapid City, South Dakota 57709−6154

                                                   TOTAL: 1