| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Miguel Beltran-Ruelas | | |
| Debtor 2 (Spouse, if filing) | | | |
| United States Bankruptcy Court for the: | Northern | District of | California (State) |
| Case number | 15-10425 | | |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Ditech Financial LLC

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 3627 ____ ____ ____

**Date of payment change:** 08/01/2019
Must be at least 21 days after date of this notice

**New total payment:** $ 2165.93
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 663.13    New escrow payment: $ 759.18

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Miguel Beltran-Ruelas | Case number (if known) 15-10425 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Daniel K. Fujimoto
Signature

Date 06/20/2019

Print: Daniel K. Fujimoto
First Name  Middle Name  Last Name

Title: Attorney for Creditor

Company: THE WOLF FIRM, A LAW CORPORATION

Address: 2955 Main Street, Second Floor
Number  Street

Irvine  CA  92614
City  State  ZIP Code

Contact phone (949) 720-9200

Email: wdk@wolffirm.com

# ditech

P.O. Box 15009
Tempe, AZ 85284 - 0109

**Annual Escrow Account Disclosure Statement**

**Statement Date:** 06/04/2019
**Your Loan Account Number:** ■■■■■■■■

MIGUEL BELTRAN-RUELAS
ALLAN CORY
704 4TH ST
SANTA ROSA CA  95404

**Questions?**

View your detailed, up-to-date escrow transactions online at **myaccount.ditech.com**

Call Customer Service at **1-800-643-0202**
Monday-Friday: 8 a.m. to 9 p.m. ET
Saturday: 8 a.m. to 5 p.m. ET

## SECTION 1 — WHY AM I RECEIVING THIS STATEMENT?

We review your escrow account every year to ensure it is properly funded, based on your upcoming taxes and/or insurance premiums. This statement provides details of any changes in your escrow account and resulting changes to your mortgage payment.

Our review shows your escrow account has a **shortage of $1,105.36**. Once we pay your upcoming insurance and/or tax payments, your escrow account will fall below the required minimum balance. See Section 4 for details. Your monthly mortgage payment is also changing **August 01, 2019**. Your new payment amount depends on which option below you choose:

**OPTION 1: Pay Shortage Now**
- Pay in full by check or money order by **Jul. 25, 2019**.
- Your new monthly mortgage payment will be $2,073.82.

**OPTION 2: Spread Shortage Over 12 months (No action required)**
- Add $92.11 per month for 12 months to mortgage payment.
- Your new monthly mortgage payment will be $2,165.93.

## SECTION 2 — WHY ARE MY PAYMENTS CHANGING?

Changes to monthly escrow amounts are common. They're often caused by a change in your taxes and/or insurance premiums. This table shows how your escrow and mortgage payments are changing.

|  | Current Payment | Changes | OPTION 1 New Payment | OPTION 2 New Payment |
|---|---|---|---|---|
| Due Date | 02/01/2019 |  | 08/01/2019 | 08/01/2019 |
| Principal and Interest | $1,406.75 |  | $1,406.75 | $1,406.75 |
| Escrow Payment | $663.13 | ↑ $3.94 | $667.07 | $667.07 |
| Escrow Shortage |  |  |  | $92.11 |
| **TOTAL** | **$2,069.88** | **↑ $3.94** | **$2,073.82** | **$2,165.93** |

We use anticipated payments from your escrow account to determine your monthly escrow payment:

Combined Property Insurance    $1,388.04
Combined Taxes                 $6,616.74
**TOTAL OUTGOING PAYMENTS**    $8,004.78  ÷ 12 months = **$667.07 Monthly Escrow**

## SECTION 3 — WHAT DO I NEED TO DO?

**TO PAY YOUR SHORTAGE NOW**
- Send a check or money order in the amount of $1,105.36, payable to Ditech Financial LLC by **Jul. 25, 2019**.
- Please write your Loan Account Number and "Escrow Shortage" on the check.
- Send the coupon at the bottom of this statement along with your check in the enclosed envelope.
- Unfortunately, you cannot make your escrow shortage payment online or over the phone.

**TO SPREAD YOUR SHORTAGE OUT**

No action is needed to spread your shortage payments out. If we don't receive a shortage check or money order from you, we'll automatically add shortage payments of $92.11 to your monthly payment.

**REMINDER**
If you use automatic bill pay, please contact your bank to adjust your mortgage payment amount, due August 01, 2019.

---



Please detach this escrow shortage coupon, write your loan number and "Escrow Shortage" on a check or money order made payable to **Ditech Financial LLC**, and mail both in the enclosed envelope with the mailing address visible in the window.


EQUAL HOUSING LENDER

**ESCROW SHORTAGE COUPON**
This coupon and mailing address are for your escrow shortage payment only. **DO NOT use for your regular monthly mortgage payment.**

**LOAN ACCOUNT NUMBER:** ■■■■■■■■

MIGUEL BELTRAN-RUELAS
ALLAN CORY
704 4TH ST
SANTA ROSA CA  95404

**Escrow Shortage Amount Due and Enclosed:**   **$1,105.36**

DITECH FINANCIAL LLC
PO BOX 7153
PASADENA, CA 91109-7153

| SECTION 4 | HOW IS MY ESCROW SHORTAGE CALCULATED? |
|---|---|

Every year, we analyze what you'll need to pay in taxes and/or insurance premiums. We then calculate the amount you'll likely need in escrow to pay these bills. To determine if you have enough funds in your escrow account, we use this formula:

|  |  |  |
|---|---|---|
| Lowest Projected Balance | $228.78 | (in gray below) |
| - Minimum Escrow Balance | $1,334.14 | (in gray below) |
| **Shortage Amount** | **-$1,105.36** |  |

Your escrow account has a minimum balance, as allowed by federal laws, state laws, or your mortgage contract. Your minimum balance includes up to two months of escrow payments to cover increases to your property taxes and/or homeowners insurance. Your minimum escrow balance is $1334.14.

This table shows expected payments in and out of your account over the next 12 months:

| Date | What We Expect You to Pay to Escrow | What We Expect to Pay Out | Payment Description | Expected Balance | Balance Needed in Your Account |
|---|---|---|---|---|---|
| **Beginning Balance** |  |  |  | $2,897.00 | $4,002.36 |
| 08/19 | $667.07 |  |  | $3,564.07 | $4,669.43 |
| 09/19 | $667.07 | $1,388.04 | HAZARD INS | $2,843.10 | $3,948.46 |
| 10/19 | $667.07 |  |  | $3,510.17 | $4,615.53 |
| 11/19 | $667.07 | $3,308.37 | CNTY TX PARC | $868.87 | $1,974.23 |
| 12/19 | $667.07 |  |  | $1,535.94 | $2,641.30 |
| 01/20 | $667.07 |  |  | $2,203.01 | $3,308.37 |
| 02/20 | $667.07 |  |  | $2,870.08 | $3,975.44 |
| 03/20 | $667.07 | $3,308.37 | CNTY TX PARC | $228.78 | $1,334.14 |
| 04/20 | $667.07 |  |  | $895.85 | $2,001.21 |
| 05/20 | $667.07 |  |  | $1,562.92 | $2,668.28 |
| 06/20 | $667.07 |  |  | $2,229.99 | $3,335.35 |
| 07/20 | $667.07 |  |  | $2,897.06 | $4,002.42 |
| **Ending Balance** |  |  |  | **$2,897.06** | **$4,002.42** |
| **TOTAL** | **$8,004.84** | **$8,004.78** |  |  |  |

| SECTION 5 | WHAT HAPPENED SINCE MY LAST ESCROW REVIEW? |
|---|---|

In this table, you can see payments you made into your escrow account and outgoing payments we made from your escrow account. If we projected to pay out a significantly different amount, you'll see the difference noted in gray. These differences may impact whether you have enough funds in your escrow account.

| Date | What You Actually Paid to Escrow | What We Expected You to Pay to Escrow | What We Actually Paid Out | What We Expected to Pay Out | Payment Description | Actual Balance | Expected Balance from Last Review |
|---|---|---|---|---|---|---|---|
| **Beginning Balance** |  |  |  |  |  | $1,005.70 | $3,630.82 |
| 08/18 | $482.34 | $605.15 | $1,388.04 |  | HAZARD INS | $100.00 | $4,235.97 |
| 09/18 | $482.34 | $605.15 |  | $1,261.86 | HAZARD INS | $582.34 | $3,579.26 |
| 10/18 | $482.34 | $605.15 |  |  |  | $1,064.68 | $4,184.41 |
| 11/18 | $482.34 | $605.15 | $3,308.37 | $2,999.93 | CNTY TX PARC | -$1,761.35 | $1,789.63 |
| 12/18 | $672.29 | $605.15 |  |  |  | -$1,089.06 | $2,394.78 |
| 01/19 | $663.13 | $605.15 |  |  |  | -$425.93 | $2,999.93 |
| 02/19 | $663.13 | $605.15 |  |  |  | $237.20 | $3,605.08 |
| 03/19 | $663.13 | $605.15 | $3,308.37 | $2,999.93 | CNTY TX PARC | -$2,408.04 | $1,210.30 |
| 04/19 | $663.13 | $605.15 |  |  |  | -$1,744.91 | $1,815.45 |
| 05/19 | $663.13 | $605.15 |  |  |  | -$1,081.78 | $2,420.60 |
| 06/19 | $3,315.65 E | $605.15 |  |  |  | $2,233.87 | $3,025.75 |
| 07/19 | $663.13 E | $605.15 |  |  |  | $2,897.00 | $3,630.90 |
| **Ending Balance** |  |  |  |  |  | **$2,897.00** | **$3,630.90** |
| **TOTAL** | **$9,896.08** | **$7,261.80** | **$8,004.78** | **$7,261.72** |  |  |  |

E = estimated future payment

## SECTION 6  ADDITIONAL MESSAGES

**To the extent that you currently are protected by the automatic stay or have received a discharge from personal liability under the Bankruptcy Code, this Annual Escrow Account Disclosure Statement is for informational and/or compliance purposes only and is not a demand for payment from you personally or an attempt to impose personal liability. However, we retain the ability to enforce our lien on the property securing our loan, subject to applicable provisions of the Bankruptcy Code and other applicable law.**

```
1  Alan Steven Wolf, SBN 94665
   Caren Jacobs Castle, SBN 93888
2  Daniel K. Fujimoto, SBN 158575
   Kayo Manson-Tompkins, SBN 136476
3  The Wolf Firm, A Law Corporation
   2955 Main Street, Second Floor
4  Irvine, CA 92614
   Telephone: (949) 720-9200
5  Fax: (949) 608-0128

6  Attorneys for Creditor, Ditech Financial LLC
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| In re: | Case No.: 15-10425 |
|---|---|
| Miguel Beltran-Ruelas | Chapter: 13 |
| Debtor(s). | **PROOF OF SERVICE OF NOTICE OF PAYMENT CHANGE** |

I declare that I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 2955 Main Street, Second Floor, Irvine, CA 92614. On <u>June 24, 2019,</u> I served the **NOTICE OF PAYMENT CHANGE** on each of the interested parties by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as indicated on Exhibit "1" attached hereto and incorporated herein by reference.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on <u>June 24, 2019</u>, at Irvine, California.

/s/ Keith Carter
Keith Carter

- 1 -
PROOF OF SERVICE OF NOTICE OF PAYMENT CHANGE
8331-2909

| | |
|---|---|
| 1 | <div align="center">**SERVICE LIST**</div> |
| 2 | IN RE: Miguel Beltran-Ruelas<br>CASE NO: 15-10425 |
| 3 | |
| 4 | **Debtor**:<br>Miguel Beltran-Ruelas |
| 5 | 669 S Foothill Blvd<br>Cloverdale, CA 95425-3816 |
| 6 | |
| 7 | **Debtor's Counsel**:<br>Allan J. Cory |
| 8 | Law Office of Allan J. Cory<br>740 4th Street |
| 9 | Santa Rosa, CA 95404 |
| 10 | **Chapter 13 Trustee**:<br>David Burchard |
| 11 | P.O. Box 8059<br>Foster City, CA 94404 |
| 12 | **U.S. Trustee**: |
| 13 | Office of the U.S. Trustee / SR<br>Office of the United States Trustee |
| 14 | Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153 |
| 15 | San Francisco, CA 94102 |