| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Miguel Beltran-Ruelas |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of California (State) |
| Case number | 15-10425 |

# Form 4100R
## Response to Notice of Final Cure Payment         10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Ditech Financial LLC Green Tree Servicing LLC

**Court claim no.** (if known)

**Last 4 digits** of any number you use to identify the debtor's account: 3 6 2 7      1-1

**Property address:** 669 S Foothill Blvd
Number   Street

Cloverdale, CA 95425-3816
City     State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/___
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:         (a) $ 7,965.30   4 months due @ 2,165.93 minus suspense of 698.42

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 0.00

c. **Total.** Add lines a and b.         (c) $ 7,965.30

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 08/01/2019
MM / DD / YYYY

Form 4100R         Response to Notice of Final Cure Payment         page 1

| Debtor 1 | Miguel Beltran-Ruelas | Case number (if known) | 15-10425 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized attorney.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /S/ Kelsey Luu        Date 11/05/2019
Signature

Print: Kelsey Luu        Title: Attorney at Law
First Name   Middle Name   Last Name

Company: The Mortgage Law Firm, PLC

If different from the notice address listed on the proof of claim to which this response applies:

Address: 27455 Tierra Alta Way, Suite B
Number   Street

Temecula,   CA   92590
City   State   ZIP Code

Contact phone ( 619 ) 465 – 8200        Email kelsey.luu@mtglawfirm.com

Form 4100R        Response to Notice of Final Cure Payment        page 2

Case: 15-10425   Doc#   Filed: 11/05/19   Entered: 11/05/19 15:37:44   Page 2 of 7

Green Tree Servicing LLC
Centralized Bankruptcy Department
**POST PETITION WORKSHEET**

| | Amounts Due | | | Date Post Pmts. Received | Amt Received | Difference | Date Pre Pmts. Received | Arrears Pmts | Payments Due | Pymt Amts Due |
|---|---|---|---|---|---|---|---|---|---|---|
| | P & I | Escrow | Total | | | | | | | |
| May-15 | 1115.35 | 0.00 | 1115.35 | 6/29/2015 | 1420.88 | -305.53 | 9/30/2015 | 1868.00 | | |
| Jun-15 | 1115.35 | 305.53 | 1420.88 | 7/6/2015 | -1420.88 | 2841.76 | 10/30/2015 | 567.00 | | |
| Jul-15 | 1115.35 | 305.53 | 1420.88 | 7/14/2015 | 1420.88 | 0.00 | 11/30/2015 | 567.00 | | |
| Aug-15 | 1115.35 | 305.53 | 1420.88 | 7/23/2015 | 1420.88 | 0.00 | 12/31/2015 | 567.00 | | |
| Sep-15 | 1115.35 | 440.61 | 1555.96 | 8/19/2015 | 1555.96 | 0.00 | 1/29/2016 | 567.00 | | |
| Oct-15 | 1115.35 | 440.61 | 1555.96 | 8/24/2015 | -1555.96 | 3111.92 | 2/29/2016 | 567.00 | | |
| Nov-15 | 1115.35 | 440.61 | 1555.96 | 9/4/2015 | 25.00 | 1530.96 | 3/31/2016 | 567.00 | | |
| Dec-15 | 1115.35 | 440.61 | 1555.96 | 9/8/2015 | 960.05 | 595.91 | 4/29/2016 | 567.00 | | |
| Jan-16 | 1115.35 | 440.61 | 1555.96 | 9/9/2015 | 960.05 | 595.91 | 5/31/2016 | 567.00 | | |
| Feb-16 | 1115.35 | 440.61 | 1555.96 | 9/10/2015 | 960.05 | 595.91 | 6/30/2016 | 567.00 | | |
| Mar-16 | 1115.35 | 440.61 | 1555.96 | 9/18/2015 | 1555.96 | 0.00 | 7/29/2016 | 567.00 | | |
| Apr-16 | 1279.29 | 440.61 | 1719.90 | 10/6/2015 | 1555.96 | 163.94 | 8/31/2016 | 567.00 | | |
| May-16 | 1279.29 | 440.61 | 1719.90 | 10/12/2015 | 71.69 | 1648.21 | 9/30/2016 | 579.00 | | |
| Jun-16 | 1279.29 | 440.61 | 1719.90 | 11/5/2015 | 1555.96 | 163.94 | 10/31/2016 | 564.00 | | |
| Jul-16 | 1279.29 | 440.61 | 1719.90 | 12/8/2015 | 1555.96 | 163.94 | 11/30/2016 | 564.00 | | |
| Aug-16 | 1279.29 | 440.61 | 1719.90 | 1/8/2016 | 1555.96 | 163.94 | 12/30/2016 | 564.00 | | |
| Sep-16 | 1279.29 | 421.29 | 1700.58 | 2/1/2016 | 1555.96 | 144.62 | 1/31/2017 | 564.00 | | |
| Oct-16 | 1279.29 | 421.29 | 1700.58 | 3/9/2016 | 1647.38 | 53.20 | 2/28/2017 | 564.00 | | |
| Nov-16 | 1279.29 | 421.29 | 1700.58 | 4/6/2016 | 1647.38 | 53.20 | 3/31/2017 | 564.00 | | |
| Dec-16 | 1279.29 | 421.29 | 1700.58 | 5/5/2016 | 1647.38 | 53.20 | 4/28/2017 | 555.00 | | |
| Jan-17 | 1279.29 | 421.29 | 1700.58 | 6/2/2016 | 1647.38 | 53.20 | 5/31/2017 | 555.00 | | |
| Feb-17 | 1279.29 | 421.29 | 1700.58 | 7/6/2016 | 1647.38 | 53.20 | 6/30/2017 | 555.00 | | |
| Mar-17 | 1279.29 | 421.29 | 1700.58 | 8/12/2016 | 1647.38 | 53.20 | 7/31/2017 | 555.00 | | |
| Apr-17 | 1406.75 | 421.29 | 1828.04 | 9/6/2016 | 1647.38 | 180.66 | 8/31/2017 | 555.00 | | |
| May-17 | 1406.75 | 421.29 | 1828.04 | 10/17/2016 | 1700.58 | 127.46 | 9/29/2017 | 555.00 | | |
| Jun-17 | 1406.75 | 421.29 | 1828.04 | 11/9/2016 | 1700.58 | 127.46 | 10/31/2017 | 555.00 | | |
| Jul-17 | 1406.75 | 421.29 | 1828.04 | 12/12/2016 | 1700.58 | 127.46 | 11/30/2017 | 555.00 | | |
| Aug-17 | 1406.75 | 482.34 | 1889.09 | 1/5/2017 | 1700.58 | 188.51 | 12/29/2017 | 555.00 | | |
| Sep-17 | 1406.75 | 482.34 | 1889.09 | 2/3/2017 | 1700.58 | 188.51 | 1/31/2018 | 555.00 | | |
| Oct-17 | 1406.75 | 482.34 | 1889.09 | 3/8/2017 | 1700.58 | 188.51 | 2/28/2018 | 555.00 | | |
| Nov-17 | 1406.75 | 482.34 | 1889.09 | 3/30/2017 | 319.24 | 1569.85 | 3/30/2018 | 549.00 | | |
| Dec-17 | 1406.75 | 482.34 | 1889.09 | 3/30/2017 | 621.20 | 1267.89 | 4/30/2018 | 549.00 | | |
| Jan-18 | 1406.75 | 482.34 | 1889.09 | 3/31/2017 | -2269.24 | 4158.33 | 5/31/2018 | 549.00 | | |
| Feb-18 | 1406.75 | 482.34 | 1889.09 | 3/31/2017 | -2357.29 | 4246.38 | 6/29/2018 | 549.00 | | |
| Mar-18 | 1406.75 | 482.34 | 1889.09 | 4/10/2017 | 1828.04 | 61.05 | 7/31/2018 | 549.00 | | |
| Apr-18 | 1406.75 | 482.34 | 1889.09 | 5/10/2017 | 1828.04 | 61.05 | 8/31/2018 | 549.00 | | |
| May-18 | 1406.75 | 482.34 | 1889.09 | 5/18/2017 | 38.64 | 1850.45 | 9/28/2018 | 549.00 | | |
| Jun-18 | 1406.75 | 482.34 | 1889.09 | 5/30/2017 | 1828.64 | 60.45 | 10/31/2018 | 549.00 | | |
| Jul-18 | 1406.75 | 482.34 | 1889.09 | 6/22/2017 | -127.46 | 2016.55 | 11/30/2018 | 549.00 | | |
| Aug-18 | 1406.75 | 663.13 | 2069.88 | 7/21/2017 | 1828.04 | 241.84 | 12/31/2018 | 549.00 | | |
| Sep-18 | 1406.75 | 663.13 | 2069.88 | 8/9/2017 | 1800.00 | 269.88 | 1/31/2019 | 549.00 | | |
| Oct-18 | 1406.75 | 663.13 | 2069.88 | 10/4/2017 | 3778.18 | -1708.30 | 2/28/2019 | 549.00 | | |
| Nov-18 | 1406.75 | 663.13 | 2069.88 | 11/7/2017 | 1889.18 | 180.70 | 3/29/2019 | 549.00 | | |
| Dec-18 | 1406.75 | 663.13 | 2069.88 | 12/6/2017 | 1889.18 | 180.70 | 4/30/2019 | 549.00 | | |
| Jan-19 | 1406.75 | 663.13 | 2069.88 | 12/30/2017 | 1889.18 | 180.70 | 5/31/2019 | 549.00 | | |
| Feb-19 | 1406.75 | 663.13 | 2069.88 | 2/1/2018 | 1889.18 | 180.70 | 6/28/2019 | 549.00 | | |
| Mar-19 | 1406.75 | 663.13 | 2069.88 | 3/5/2018 | 1889.18 | 180.70 | 7/31/2019 | 549.00 | | |
| Apr-19 | 1406.75 | 663.13 | 2069.88 | 4/6/2018 | 1889.18 | 180.70 | 8/30/2019 | 118.00 | | |
| May-19 | 1406.75 | 663.13 | 2069.88 | 5/8/2018 | 1889.18 | 180.70 | | 0.00 | | |
| Jun-19 | 1406.75 | 663.13 | 2069.88 | 6/11/2018 | 1889.18 | 180.70 | | 0.00 | | |
| Jul-19 | 1406.75 | 663.13 | 2069.88 | 7/13/2018 | 1889.09 | 180.79 | | 0.00 | | |
| Aug-19 | 1406.75 | 759.18 | 2165.93 | 8/14/2018 | 2069.88 | 96.05 | | 0.00 | 8/1/2019 | 2165.93 |
| Sep-19 | 1406.75 | 759.18 | 2165.93 | 9/11/2018 | 2069.88 | 96.05 | | 0.00 | 9/1/2019 | 2165.93 |
| Oct-19 | 1406.75 | 759.18 | 2165.93 | 10/10/2018 | 2069.88 | 96.05 | | 0.00 | 10/1/2019 | 2165.93 |
| Nov-19 | 1406.75 | 759.18 | 2165.93 | 11/12/2018 | 2069.88 | 96.05 | | 0.00 | 11/1/2019 | 2165.93 |
| | 0.00 | 0.00 | 0.00 | 12/11/2018 | 2067.88 | -2067.88 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | 1/8/2019 | 2069.88 | -2069.88 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | 2/11/2019 | 2069.88 | -2069.88 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | 3/12/2019 | 2069.88 | -2069.88 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | 4/9/2019 | 2069.88 | -2069.88 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | 5/10/2019 | 2069.88 | -2069.88 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | 7/10/2019 | 2089.00 | -2089.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | 8/12/2019 | 2165.93 | -2165.93 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | 9/10/2019 | 2165.85 | -2165.85 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | 10/14/2019 | 2165.85 | -2165.85 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | $ 72,636.33 | $ 27,620.46 | $ 100,256.79 | **Amount Paid** | $ 92,291.49 | $ 7,965.30 | | $ 27,624.00 | 8/1/2019 $ | 8,663.72 |

**Post Petition Due Date** 8/1/2019
**Amount Due** $ 7,965.30
**Debtor Suspense** $ 698.42

# Delaware

## The First State

PAGE 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"DITECH MORTGAGE CORP", A CALIFORNIA CORPORATION,

"DT HOLDINGS LLC", A DELAWARE LIMITED LIABILITY COMPANY,

WITH AND INTO "GREEN TREE SERVICING LLC" UNDER THE NAME OF "GREEN TREE SERVICING LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE THIRTEENTH DAY OF AUGUST, A.D. 2015, AT 1:35 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF AUGUST, A.D. 2015, AT 12:05 O'CLOCK A.M.

2458190  8100M

151168309

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 2641973

DATE: 08-13-15

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:35 PM 08/13/2015
FILED 01:35 PM 08/13/2015
SRV 151168309 - 2458190 FILE

# STATE OF DELAWARE
# CERTIFICATE OF MERGER

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned hereby executes the following Certificate of Merger:

**FIRST**: The surviving limited liability company is **Green Tree Servicing LLC**, a Delaware limited liability company, and the corporation and limited liability company being merged into this surviving limited liability company are:

>    **DT Holdings LLC**, a Delaware limited liability company, and
>    **Ditech Mortgage Corp**, a California corporation.

**SECOND:** The Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations and limited liability companies pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act.

**THIRD:** The name of the surviving limited liability company is hereby amended to **Ditech Financial LLC**, a Delaware limited liability company (as such surviving entity, the "Surviving Limited Liability Company").

**FOURTH:** The mergers are to become effective as of 12:05 AM EDT on August 31, 2015.

**FIFTH:** The Agreement and Plan of Merger is on file at 3000 Bayport Drive, Suite 880, Tampa, FL 33607, the principal place of business of the Surviving Limited Liability Company.

**SIXTH:** A copy of the Agreement and Plan of Merger will be furnished by the Surviving Limited Liability Company on request, without cost, to any stockholder or member of the constituent corporations or limited liability companies, as applicable.

[The remainder of page intentionally left blank.]

IN WITNESS WHEREOF, said Surviving Limited Liability Company has caused this certificate to be signed by an authorized officer, the 4th day of August, 2015.

GREEN TREE SERVICING LLC

By: *[signature]*
Name: Wanda Lamb-Lindow
Title: Assistant Secretary

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

27455 Tierra Alta Way, Suite B, Temecula, CA 92590

A true and correct copy of the foregoing document entitled (*specify*): __Response to Notice of Final Cure Payment__

will be served or was served **(a** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __11/05/2019__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Debtor Attorney - Allan J. Cory - ECF : cory@sonic.net
- Trustee - David Burchard - ECF: TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com
- Office of the U.S. Trustee / SJ - USTPRegion17.OA.ECF@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __11/05/2019__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Miguel Beltran-Ruelas
669 S Foothill Blvd
Cloverdale, CA 95425-3816

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/05/2019 | Madeline Pages | /s/ Madeline Pages |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* Case: 15-10425 Doc# Filed: 11/05/19 Entered: 11/05/19 16:33:44 Page 7 of 7 F 9013-3.1.PROOF.SERVICE